UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES H. COULTER, Jr.,

          Petitioner,

   v.

STATE OF WASHINGTON,

          Respondent.

CASE NO. 3:21-cv-05736-RSM-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The matter is dismissed with prejudice. Issuance of a certificate of appealability is denied.

(3)    The Clerk is directed to send copies of this Order to Petitioner.

DATED this 17th day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1